PD-1197-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/12/2015 3:57:47 PM
Accepted 2/12/2015 4:06:24 PM
ABEL ACOSTA
CLERK

No. PD-1197-13

| | | |
|---|---|---|
| TORY LEVON KIRK, | § | |
| | § | |
| *Appellant* | § | |
| | § | COURT OF CRIMINAL APPEALS |
| v. | § | |
| | § | OF TEXAS |
| STATE OF TEXAS, | § | |
| | § | |
| *Appellee* | § | |

---

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

---

Appellant Tory Levon Kirk files this Unopposed Motion for Extension of Time to file its Motion for Rehearing and would respectfully show this Court the following:

1.    Appellant's motion for rehearing is due today, February 12, 2015.

2.    Appellant respectfully requests a 15-day extension of his deadline.  If permitted, Appellee's brief would be due on February 27, 2015.

3.    Appellant seeks this extension because his undersigned counsel has been occupied with the following deadlines in the previous two weeks:

—    February 4, 2015: Petition for Discretionary Review due in *Stepherson v. State*, which is pending in this Court as Case No. PD-1628-14;

-1-

— February 10, 2015: Motion to Compel due in *RAM Aircraft, Limited Partnership v. J.A.R. Management Corporation*, which is pending in the 74th Judicial District Court of McLennan County, Texas; and

— February 11, 2015: Petition for Review due in *N.R.J. v. State*, which is pending in the Supreme Court of Texas as Case No. 15-0015.

4.    Appellant has neither requested or nor received any previous extensions of time to file any document in this case.

5.    This motion is not made for purposes of delay, but so that justice may be done.

Respectfully submitted,

s/ Matthew J. Kita
MATTHEW J. KITA
Texas Bar No. 24050883

P.O. Box 5119
Dallas, Texas 75208
(214) 699-1863 (Telephone)
(214) 347-7221 (Facsimile)
matt@mattkita.com

COUNSEL FOR APPELLANT

## CERTIFICATE OF CONFERENCE

On February 12, 2015, I conferred with the State's counsel regarding the merits of this motion, who represented that the State is unopposed to the relief requested.

/s/ Matthew J. Kita
MATTHEW J. KITA

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this notice was served on the following counsel via e-filing in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's Local Rules on February 12, 2015:

*Counsel for Appellee:*

Lori Ordiway
Dallas County District Attorney's Office
133 North Riverfront Boulevard
Dallas, Texas 75207

/s/ Matthew J. Kita
MATTHEW J. KITA